In the Matter of the Estate of THOMAS F. DONOHUE, Deceased.— Decree affirmed, with costs. All concur, except Davis, J.; not voting. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

PRUDENCE J. CAMPBELL, Respondent, v. ALBERT A. CAMPBELL, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE MARINE TRUST COMPANY OF BUFFALO, Respondent, v. FELTON CONSTRUCTION COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WILLIAM K. MOTT, as Trustee in Bankruptcy of MCLOUGHLIN & SAVAGE, INC., Respondent, v. LEE R. REEVES, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LEONARD SPARLING, Respondent, v. FRANK ROLL, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ALBERT H. MEYER, Appellant, v. CHARLES F. MILLER, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ELLEN W. PERRY, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The time within which the plaintiff must bring the action to trial is extended to include the next available term of court. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MARY G. LASHER, as Administratrix, etc., of MARY GROVENE LASHER, Deceased, Appellant, v. HERSCHEL BICKELHAUPT, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CATIE PHILLIPPI, Appellant, v. GEORGE J. SCHEFFLER and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MARTHA E. ILLINGSWORTH, Respondent, v. BUFFALO AND WILLIAMSVILLE ELECTRIC RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALBERT J. MOREY, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NORBERT J. BATT and Another, Respondents, Appellants, v. THE VILLAGE OF WILSON and Others, Appellants, Respondents.— Order of affirmance entered November 11, 1925, modified, so as to provide that neither party have costs upon the appeal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

STEEL'S CONSOLIDATED, INCORPORATED, Respondent, v. AMERICAN SURETY COMPANY and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.